## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA §
§
§
V. § CASE NO. 1:22-CR-00267
§
VICTOR GUILLERMO LIRA-AVALOS §
§

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he/she has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for April 21, 2022.

Respectfully submitted, this __20ᵗʰ__ day of __April__, 2022.

I have discussed with my client the arraignment hearing and indictment. She has assisted me and understands the charge. She grants me permission to waive the arraignment hearing. Due to Covid-19 she is unavailable for signature but grants me permission to file this waiver.

Victor Guillermo Lira-Avalos
_____
Printed Name of Defendant

_Victor Guillermo Lira-Avalos w/permission_
Signature of Defendant

Eddie Lucio
_____
Printed Name of Attorney

Signature Attorney for Defendant

## ORDER

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY

Accepts Defendant's waiver, excuses his/her attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for April 21, 2022.

DONE at Brownsville, Texas the _____ day of _____, 2022.

_____
Iganacio Torteya, III
United States Magistrate Judge

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under Waivers, using event **Waiver of Presence at Arraignment**, no later than *24 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.