**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| **V.** § | **CASE NO. 1:22-CR-00267** |
| § | |
| **VICTOR GUILLERMO LIRA-AVALOS** § | |
| § | |

**MOTION FOR EXCULPATORY EVIDENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VICTOR GUILLERMO LIRA-AVALOS, Defendant in the above-entitled and numbered cause by and through his attorney of record and moves the Court to direct the United States Attorney to disclose to the Defendant herein and his attorney any exculpatory evidence and /or facts within the possession, custody, or control of the United States Attorney or any of his agents, and others, the existence of which is known to said United States Attorney, including further any statements, exculpatory as to the Defendant which may have been made by any person to any one or more of the foregoing, and statements made by any indicted or unindicted co-conspirator, if any, regarding this cause and this Defendant.

Respectfully submitted,
LAW OFFICE OF EDDIE LUCIO

/s/ *Eddie Lucio*_____
Eddie Lucio
Federal ID No. 22009
State Bar No. 00791145
834 E. Tyler St.
Brownsville, Texas 78520
(956) 546-9400
(956) 750-8807 Facsimile
elucio@luciolaw.com
**Attorney for Defendant**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that on April 22, 2022 I have conferred with the Assistant U.S. Attorney, David A. Lindenmuth, about this Motion for Exculpatory Evidence.

*/s/ Eddie Lucio*
Eddie Lucio

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of April 2022, a true and correct copy of the foregoing Motion For Exculpatory Evidence was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

*/s/ Eddie Lucio*
Eddie Lucio