IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | **CASE NO. 1:22-CR-00267** |
| **VICTOR GUILLERMO LIRA-AVALOS** | § § § | |

## MOTION TO LIST WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VICTOR GUILLERMO LIRA-AVALOS, Defendant in the above-entitled and numbered cause by and through his attorney of record and files this his Motion to List Witnesses and for cause would respectfully show as follows:

**I.**

The names of the witnesses that the United States Attorney will call in its case in chief are in the exclusive possession of said prosecuting attorney. The Defendant is entitled to the disclosure of such witnesses by the Government prior to the voir dire examination of the jury panel, because without which he will be unable to select a fair jury and provide effective assistance to his counsel, guaranteed to him under the laws and Constitution of the United States.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion be in all things granted.

Respectfully submitted,
LAW OFFICE OF EDDIE LUCIO

/s/ *Eddie Lucio*
Eddie Lucio
LAW OFFICE OF EDDIE LUCIO
Federal ID No. 22009

State Bar No. 00791145
834 E. Tyler St.
Brownsville, Texas 78520
(956) 546-9400
(956) 750-8807 Facsimile
Email: elucio@luciolaw.com
**Attorney for Defendant**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that on April 22, 2022 I have conferred with the Assistant U.S. Attorney, David A. Lindenmuth, about this Motion to List Witnesses.

*/s/ Eddie Lucio*
Eddie Lucio

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of April, 2022, a true and correct copy of the foregoing Motion to List Witnesses, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

*/s/ Eddie Lucio*
Eddie Lucio