IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO. 1:22-CR-00267 |
| VICTOR GUILLERMO LIRA-AVALOS | § § § | |

### DEFENDANT'S STATEMENT OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW Defendant, Victor Guillermo Lira-Avalos, by and through counsel, and responds as follows:

Defendant has no objections to the presentence investigation report filed herein.

LAW OFFICE OF EDDIE LUCIO

*/s/ Eddie Lucio*
Eddie Lucio
Federal ID No. 22009
State Bar No. 00791145
834 E Tyler St.
Brownsville, Texas 78520
(956) 546-9400
(956) 750-8807 Facsimile
elucio@luciolaw.com
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel for the United States and all parties via electronic notification pursuant to local rule on this 28th day of July 2022.

*/s/Eddie Lucio*
Eddie Lucio
Attorney at Law