To whom it may concern:

By and through this letter I want to relect Mr. Victor Guillermo Lira-Avalos character. I have been married to for ten years. He is an exemplary father and husband. He is very responsible, has good moral ethics, very hard worker and is always decidcated to his family. His kids are his main priority in life. He is a person with good intentions that is always willing to lend a helping hand for those less fortunate. He is also a very calm and respectful person and for that reason I have no inconvenience attesting his character.

Sincerely,
Nahomy Jazmin Olguin Alonso

Certificate of Translation

     I, Isabel Garza, certify that I speak, read and write Enligh and Spanish fluently and that the statement above constitutes an accurate and complete translation from Spanish to English of the attached statement of Nahomy Jazmin Olguin Alonso.

/s/Isabel Garza
Isabel Garza
834 E. Tyler St.
Brownsville, Texas 78520
956-546-9400

**EXHIBIT 1**

A quien corresponda:	22 de agosto del 2022

Por medio de la presente carta a través de estas líneas deseo hacer de su conocimiento que el Sr. Víctor Guillermo Lira Avalos con quien estoy casada desde hace 10 años.

Es un padre, esposo y ciudadano ejemplar, responsable, de buenos principios, un gran trabajador, siempre comprometido con nuestra familia, nuestros hijos son su mayor prioridad siempre.

Es una persona de buenos sentimientos hacia los demás, le gusta ayudar a quien mas lo necesita dentro de sus posibilidades, es una persona tranquila y respetuosa por lo que no tengo ningún inconveniente en extender la presente carta.

ATENTAMENTE

Nahomy Jazmín Olguin Alonso