Tampico, Tamaulipas, Aug 22, 2022

To whom it may concern;

Through the following letter I extend my personal recommendation for Victor Guillermo Lira Alvaros, who I have known for the better part of 7 years, has demonstrated to be a honorable hardworking person with integrity. I consider him a trustworthy person of dignity, with the aptitude and capacity to confront whichever responsibility he may be tasked with. Likewise I can also assure he is a solvent person with an impeccable ethic. I reiterate my most sincere recommendations for Victor.

Sincererly,
Jose De Jesus Gomez Vizuet.

<u>Certificate of Translation</u>

I, Isabel Garza, certify that I speak, read and write Enligh and Spanish fluently and that the statement above constitutes an accurate and complete translation from Spanish to English of the attached statement of Jose de Jesus Gomez Vizuet.

<u>/s/Isabel Garza</u>
Isabel Garza
834 E. Tyler St.
Brownsville, Texas 78520
956-546-9400

EXHIBIT 2

Tampico, Tamaulipas a 22 de Agosto de 2022

**A quien corresponda:**

Por medio de la presente extiendo mi recomendación personal al **C. VICTOR GUILLERMO LIRA AVALOS**, quien a lo largo de los 7 años que llevamos de conocernos, a mostrado ser una persona íntegra, responsable, trabajadora.

Por lo anterior, le considero una persona digna de confianza, con la aptitud y capacidad para afrontar cualquier responsabilidad que se deje a su cargo. Así mismo, puedo asegurar que es una persona solvente y con una ética moral intachable

Sin mas por el momento, reitero mis mas sinceras recomendaciones para los fines que considere pertinentes

**Atentamente,**

*José de Jesús Gómez.*

**Lic. José de Jesús Gómez Vizuet.**