Matamoros, Tamaulipas, August 21, 2022.

To Whom It May Concern:

I allow myself to highly recommend Victor Guillermo Lira Avalos, of whom I have known for 5 years. I can attest he is a punctual, efficiant, responsible and competent person for which I can relay on for any matter. I have no problem with recommending him beforehand due to the ease that it can provide.

        Sincerely,
        L.E.F. Omar Andres Gomez Vizuet
        Operational Discipline Adviser

<u>Certificate of Translation</u>

    I, Isabel Garza, certify that I speak, read and write Enligh and Spanish fluently and that the statement above constitutes an accurate and complete translation from Spanish to English of the attached statement of Omar Andres Gomez Vizuet.

        */s/Isabel Garza*
        Isabel Garza
        834 E. Tyler St.
        Brownsville, Texas 78520
        956-546-9400

**EXHIBIT 3**

Matamoros, Tamaulipas a 21 de Agosto de 2022.

A quien corresponda:

Me permito recomendar ampliamente al C. VICTOR GUILLERMO LIRA AVALOS a quien conozco desde hace 5 años, puedo destacar que es una persona puntual, eficaz, responsable y competente para cualquier tipo de actividad que se le recomiende. Por lo que no tengo inconveniente ninguno en recomendarlo, haciendo de antemano la facilidad que puede brindar.

ATENTAMENTE

L.E.F. Omar Andrés Gómez Vizuet

Asesor de Disciplina Operativa