To whom it may concern:

By and through the following letter I can speak highly of Victor Guillermo Lira-Alvaros. I can attest that he is a good person, responsible, and someone who displays high moral and social principles to our community. I have known him for over 10 years and during this time he has helped me in many business related matters that have helped my company. For these reason I have no inconvenience in extending this letter.

Respectfully,
C.P. Roberto Calles Badillo

<u>Certificate of Translation</u>

    I, Isabel Garza, certify that I speak, read and write Enligh and Spanish fluently and that the statement above constitutes an accurate and complete translation from Spanish to English of the attached statement of C.P. Roberto Calles Badillo.

<u>/s/Isabel Garza</u>
Isabel Garza
834 E. Tyler St.
Brownsville, Texas 78520
956-546-9400

**EXHIBIT 4**

# ROBERTO CALLES BADILLO
CABR-540125-AN3

| ESTACION DE SERVICIO 2355 | ESTACION DE SERVICIO 2352 | ESTACION DE SERVICIO 7314 |
| --- | --- | --- |
| CALLE ALTAMIRA ESQ. MATAMOROS NUM 100 EST. CUAUHTEMOC, CD. ALTAMIRA, TAM. | BLVD. ALLENDE # 101 ZONA CENTRO CD. ALTAMIRA, TAM. (833)264-09-69 | CARR. TAMPICO MANTE # 101CD. ALTAMIRA, EST. CUAUHTEMOC TEL(836)6-00-68 |

A quien corresponda:

Por medio de la presente recomiendo ampliamente al C. Ing. Víctor Guillermo Lira Avalos como una buena persona, responsable, de buenos principios morales y sociales ante nuestra comunidad. Lo conozco desde hace más de 10 años, donde me ha apoyado en diversas funciones del giro de mi empresa. Por lo cual no tengo ningún inconveniente para extender la presente.

ATENTAMENTE

C.P. ROBERTO CALLES BADILLO