IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO. 1:22-CR-00267 |
| VICTOR GUILLERMO LIRA-AVALOS | § § § | |

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE**

NOW COMES Defendant, Mr. Lira-Avalos, and respectfully files this Supplemental Sentencing Memorandum and Motion for Downward Variance and shows unto the Court the following:

I.

Mr. Lira-Avalos has completed the following courses as part of his rehabilitation:

Certificate of Completion for Successfully Completing- Health Education

Certificate of Completion for Successfully Completing- Conflict Resolution

Certificate of Completion for Successfully Completing- Career Resources

Certificate of Completion for Successfully Completing-Behavior Change

Certificate of Completion for Successfully Completing-Basic Education

Certificate of Completion for Successfully Completing-Anger Management

See the certificates attached hereto as Exhibit 1.

WHEREFORE, the Defendant Lira-Avalos prays that this Honorable Court consider his Motion for a downward variance, and that he be sentenced to 4 months.

Respectfully submitted,

LAW OFFICE OF EDDIE LUCIO

/s/ *Eddie Lucio*
Eddie Lucio
Federal ID No. 22009
State Bar No. 00791145
834 E Tyler St.
Brownsville, Texas 78520
Office:(956) 546-9400
Facsimile (956) 750-8807
elucio@luciolaw.com
**Attorney for Victor Guillermo Lira-Avalos**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2022, a true and correct copy of the foregoing Defendant's Supplement to Sentencing Memorandum and Motion For Downward Variance was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

*/s/ Eddie Lucio*
Eddie Lucio.